**FILED**
OCT 30 2018 PO
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| Fadeel Shuhaibes<br>Plaintiff - Appellant<br>vs<br>State of Illinois, et. al.<br>Defendant - Appellee | Case # 1:17-CV-8438<br><br>Judge: Edmond E. Chang<br><br>Appeal: 18-1447 |

## Motion For Judgement

- As response from Appellate court on my change of Address Notification in Aug 2018, the Appellate court stated they received my brief and waiting for defendant's response on my brief which already passed Due date set by appellate court.

- Defendants or defendants attorney didn't file any motions for extention of time or any other motions or responses in appellate court and I didn't receive any thing from appellate court regarding this case other than the notification on Aug 2018 that court awaiting defendant's response.

- This is a constitutional violation, due process rights where I am entitled to response of my brief and this is an evidence on defendant's bad faith.

- Appellate court received a motion of judgement sent Oct 18, 2018 by me notifying the court that defendants passed due date to respond to my brief filed July 2018
- Appellate court informed that a summery judgement against defendants is advised and appellate court is entitled to honor my Relief set on my original complaint and on my brief
- Monetary Relief Requested
- Injunctive Relief Requested
- Damages (psychological and emotional)
- Proper actions against defendants sued in their official capacity

Fadeel Shuhaibes
Oct 18, 2018

*[signature]*

## Certificate of Service

I Fadeel Shuhaibes swear under penalty of perjury that this motion was sent to the clerk of United States district court by putting it in the mail at Lawrence Correctional Center on Oct 18, 2018.

*[signature]*             Oct 18, 2018

Fadeel Shuhaiber
Y23584
Lawrence CC
10930 Lawrence RD
Sumner, IL 62466

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE
IL DEPT OF CORRECTIONS




10/30/2018-38

PRIVILEGED

Clerk of Court
United States District Court
219 South Dearborn Street
Chicago, IL 60604

"Privilaged"

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013